IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JESSIE THOMAS, | § | |
| | § | |
| Defendant Below, | § | No. 115, 2025 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1304013732 (N) |
| | § | |
| Appellee. | § | |

Submitted: May 13, 2025
Decided: May 20, 2025

## ORDER

The appellant filed this appeal from a Superior Court order sentencing him for a violation of probation. The Senior Court Clerk directed the appellant to pay the filing fee or to file a motion and affidavit to proceed *in forma pauperis* by March 31, 2025. When the appellant did not respond by the previous deadline, the Chief Deputy Clerk sent another letter directing the appellant to either file a motion and affidavit to proceed *in forma pauperis* or pay the filing fee by April 16, 2025, or a notice to show cause would issue. On April 22, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why the Court should not dismiss the appeal because the appellant had not paid the filing fee or filed a motion to proceed *in forma pauperis*. Postal records show that the notice to show cause was delivered by May 1, 2025. The appellant has not responded to the

notice to show cause, paid the filing fee, or filed a motion to proceed *in forma pauperis*. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

2